38 So.3d 864 (2010)
Lester JOHNSON, Petitioner,
v.
Walter A. McNEIL, Secretary, Florida Department of Corrections, Respondent.
No. 1D10-0348.
District Court of Appeal of Florida, First District.
June 23, 2010.
Lester Johnson, pro se, Petitioner.
Bill McCollum, Attorney General, and Joy A. Stubbs, Assistant Attorney General, Tallahassee, for Respondent.
PER CURIAM.
DISMISSED. Munn v. Fla. Parole Commn., 807 So.2d 733 (Fla. 1st DCA 2002).
WEBSTER, WETHERELL, and MARSTILLER, JJ., concur.